<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1822**

———————

PAULETTE ECHOLS,

                    Plaintiff - Appellant,

          v.

CANON U.S.A., INCORPORATED,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge. (1:09-cv-01151-LMB-IDD)

———————

Submitted: February 24, 2011      Decided: March 16, 2011

———————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Paulette Echols, Appellant Pro Se. Virginia E. Robinson, John Francis Scalia, Matthew Harrold Sorensen, GREENBERG TRAURIG, LLP, McLean, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paulette Echols appeals the district court's order granting summary judgment in favor of the Appellee on her claims of racial and age discrimination and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED